

FILED

MAR 1 5 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 3:22-CR-24 |
| ANDREW SCOTT ROCKWELL, | Violations: 18 U.S.C. § 922(g)(3)<br>18 U.S.C. § 924(a)(2) |
| Defendant. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Unlawful Possession of Firearms)

On or about March 10, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **ANDREW SCOTT ROCKWELL**, knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce a firearm, to wit:

| 1 | Zastava Arms, model M57, 7.62 caliber pistol, serial number 213897 |
|---|---|
| 2 | Star Bonifacio Echeverria S.A., model BM, 9mm pistol, serial number SBM209215 |
| 3 | Zastava Arms, model M70-A, 9mm pistol, serial number 34802 |
| 4 | Smith & Wesson, model 686-6 Pro Series, .357 caliber revolver, serial DJE9717 |
| 5 | Springfield Armory, model XD-S, .45 ACP caliber pistol, serial number S3285589 |
| 6 | Kel-Tec, model PMR-30, .22 WMR caliber pistol, serial number WWN941 |
| 7 | Walther, model P22 Target, .22 LR caliber pistol, serial number N075941 |
| 8 | Glock, model 30, .45 Auto caliber pistol, serial number KTB974 |
| 9 | Glock, model 19, 9mm pistol, serial number BEBU113 |
| 10 | Sturm, Ruger, model New Model Blackhawk, .357 caliber revolver, serial 32-49064 |
| 11 | Kimber, model Micro 380 Stainless Rosewood, .380 caliber pistol, serial M0028404 |
| 12 | Springfield Armory, model XD-S, 9mm pistol, serial number S3701862 |
| 13 | Unknown make, model "El Chimbo", .410 gauge shotgun, serial number 76480 |
| 14 | Henry Repeating Arms Company, model H001, .22 caliber rifle, serial 889032H |

| 15 | Sturm, Ruger., model Precision Rifle, 6.5 Creedmoor caliber rifle, serial 1802-05331 |
|----|---------------------------------------------------------------------------------------|
| 16 | Hahn Tactical, model Precision 15, .223 Wylde caliber rifle, serial number HTB15003 |
| 17 | Savage Arms, model 93R17, .17 H.M.R. caliber rifle, serial number 2451150 |
| 18 | Marlin Firearms Company, model 783, .22 WMR caliber rifle, serial 18700493 |
| 19 | Marlin Firearms Company, model 336CS, 30-30 Win caliber rifle, serial 07047741 |
| 20 | Kel-Tec, model KSG, 12 gauge shotgun, serial number XX9V02 |
| 21 | Remington, model 572 Fieldmaster, .22 S/L/LR caliber rifle, serial number A1713176 |
| 22 | Century Arms, model RAS47 Black, 7.62 caliber rifle, serial number RAS47024333 |
| 23 | Kel-Tec, model RFB Rifle, 7.62 caliber rifle, serial number T1U05 |
| 24 | Tula Arsenal, model SKS 45, 7.62 caliber rifle, serial number 3432 |
| 25 | Glock, model 35, .40 caliber pistol, serial number FMF957 |
| 26 | Zastava Arms, model M57, 7.62 caliber pistol, serial number 213897 |

all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2), including:

| | |
|---|---|
| 1 | Zastava Arms, model M57, 7.62 caliber pistol, serial number 213897 |
| 2 | Star Bonifacio Echeverria S.A., model BM, 9mm pistol, serial number SBM209215 |
| 3 | Zastava Arms, model M70-A, 9mm pistol, serial number 34802 |
| 4 | Smith & Wesson, model 686-6 Pro Series, .357 caliber revolver, serial DJE9717 |
| 5 | Springfield Armory, model XD-S, .45 ACP caliber pistol, serial number S3285589 |
| 6 | Kel-Tec, model PMR-30, .22 WMR caliber pistol, serial number WWN941 |
| 7 | Walther, model P22 Target, .22 LR caliber pistol, serial number N075941 |
| 8 | Glock, model 30, .45 Auto caliber pistol, serial number KTB974 |
| 9 | Glock, model 19, 9mm pistol, serial number BEBU113 |
| 10 | Sturm, Ruger, model New Model Blackhawk, .357 caliber revolver, serial 32-49064 |
| 11 | Kimber, model Micro 380 Stainless Rosewood, .380 caliber pistol, serial M0028404 |
| 12 | Springfield Armory, model XD-S, 9mm pistol, serial number S3701862 |
| 13 | Unknown make, model "El Chimbo", .410 gauge shotgun, serial number 76480 |
| 14 | Henry Repeating Arms Company, model H001, .22 caliber rifle, serial 889032H |
| 15 | Sturm, Ruger., model Precision Rifle, 6.5 Creedmoor caliber rifle, serial 1802-05331 |
| 16 | Hahn Tactical, model Precision 15, .223 Wylde caliber rifle, serial number HTB15003 |
| 17 | Savage Arms, model 93R17, .17 H.M.R. caliber rifle, serial number 2451150 |
| 18 | Marlin Firearms Company, model 783, .22 WMR caliber rifle, serial 18700493 |
| 19 | Marlin Firearms Company, model 336CS, 30-30 Win caliber rifle, serial 07047741 |
| 20 | Kel-Tec, model KSG, 12 gauge shotgun, serial number XX9V02 |
| 21 | Remington, model 572 Fieldmaster, .22 S/L/LR caliber rifle, serial number A1713176 |
| 22 | Century Arms, model RAS47 Black, 7.62 caliber rifle, serial number RAS47024333 |
| 23 | Kel-Tec, model RFB Rifle, 7.62 caliber rifle, serial number T1U05 |
| 24 | Tula Arsenal, model SKS 45, 7.62 caliber rifle, serial number 3432 |
| 25 | Glock, model 35, .40 caliber pistol, serial number FMF957 |
| 26 | Zastava Arms, model M57, 7.62 caliber pistol, serial number 213897 |

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney